```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PORTS OF THE DELAWARE MARINE    :    CIVIL ACTION
TRADE ASSOCIATION               :
                                :
          v.                    :
                                :
LONGSHOREMAN'S ASSOCIATION,     :
LOCAL 1242                      :    NO. 13-4401
```

ORDER

AND NOW, this 28th day of July, 2014, upon consideration of the Defendant International Longshoremen's Association, Local 1242, AFL-CIO's Motion to Dismiss (Doc. No. 8), and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED and this case is DISMISSED WITH PREJUDICE.

```
                                     BY THE COURT:



                                     /s/ Mary A. McLaughlin
                                     MARY A. McLAUGHLIN, J.
```